Jared L. Bryan (SBN 220925)
Allyson S. Ascher (SBN 286863)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: Jared.Bryan@jacksonlewis.com
Allyson.Ascher@jacksonlewis.com

Attorneys for Defendant INTERNATIONAL BUSINESS
MACHINES CORPORATION (erroneously sued herein as
IBM Corporation)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDER GIOCONDI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IBM Corporation, a New York Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 2:18-cv-06248 AB (JEMx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER<br><br>Complaint Filed: June 7, 2018 |

Having considered the Parties' Stipulated Protective Order and for good cause shown therein:

IT IS SO ORDERED.

Dated: April 12, 2019

_____
Hon. John E, McDermott
United States Magistrate Judge

4816-7578-7398, v. 1