JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXANDER GIOCONDI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IBM Corporation, a New York Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | **CASE NO. 2:18-cv-06248 AB (JEMx)**<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Complaint Filed: June 7, 2018 |

### [~~PROPOSED~~] ORDER

The stipulation between the Parties is approved. The above-entitled Action is ordered dismissed with prejudice, with each Party to bear his/its own costs.

IT IS SO ORDERED.

Dated: June 05, 2019     By: _____

Hon. André Birotte Jr.
United States District Court Judge

---

Case No.: 2:18-cv-06248 AB (JEMx)     1     [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE